UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

STRIKE 3 HOLDINGS, LLC,

   Plaintiff,        Civil Action No. 25-cv-10199

v             HON. MARK A. GOLDSMITH

JOHN DOE,

   Defendant.

_____/

### **ORDER OF DISMISSAL**

On April 15, 2025, Plaintiff filed a notice of dismissal with the Court (Dkt. 7). Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure provides that a "plaintiff may dismiss an action without a court order by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Rule 41 also states that "[u]nless the notice or stipulation states otherwise, the dismissal is without prejudice." Fed. R. Civ. P. 41(a)(1)(B). Because Defendant has not yet served an answer or motion for summary judgment, and because the notice of dismissal states that the dismissal is without prejudice, the Court orders the instant action dismissed without prejudice.

   SO ORDERED.

Dated:  April 18, 2025      s/Mark A. Goldsmith_____
   Detroit, Michigan      MARK A. GOLDSMITH
             United States District Judge